

Lawrence S. Lustberg
Director

Gibbons P.C.
One Gateway Center
Newark, NJ 07102-5310
Direct: 973-596-4731 Fax: 973-639-6285
llustberg@gibbonslaw.com

May 8, 2023

**VIA EMAIL & ECF**

Honorable Kevin McNulty
United States District Judge
Lautenberg U.S. Post Office & Courthouse
Federal Square
Newark, New Jersey 07102

**\*\*\* ORDER \*\*\***

Re:  *United States v. Coburn & Schwartz*,
     Criminal No. 19-120

Dear Judge McNulty:

As Your Honor is aware, this firm is co-counsel, along with Paul, Weiss, Rifkind, Wharton & Garrison LLP and Bohrer PLLC, for defendant Steven Schwartz in the above-captioned matter, in which a hearing with regard to certain pretrial motions was held on April 18-19, 2023. At the conclusions of the hearing, rather than present summations, the Court agreed to allow supplemental submissions which are, pursuant to the Court's text order, presently due from the defense on May 10, 2023 and, from the government, on May 24, 2023. ECF No. 472. We write, joined by defendant Gordon Coburn, and with the consent of counsel for the Government, to respectfully request an extension of those deadlines to May 19, 2023 and June 9, 2023, respectively. This brief extension is necessitated by certain personal circumstances, as well as press of other matters, including two trials that members of the defense team are either currently undertaking or scheduled to begin in approximately two weeks, and one by Government counsel thereafter.

As noted, the Government, through its counsel, has very graciously consented to this request. If the foregoing meets with Your Honor's approval, we respectfully request that the Court "So Order" this letter in the space indicated below. Of course, if Your Honor has any questions or concerns, please do not hesitate to contact us. Thank you very much for your kind consideration of this request.

**IT IS SO ORDERED.**

**s/ Kevin McNulty**
**Hon. Kevin McNulty**
**U.S. District Judge**
**Date: 5/9/2023**

Respectfully submitted,

s/Lawrence S. Lustberg
Lawrence S. Lustberg, Esq.
**GIBBONS P.C.**
One Gateway Center
Newark, NJ 07102-5310
(973) 596-4500
llustberg@gibbonslaw.com