

**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

*970 Broad Street*             *973-645-2700*
*Newark, New Jersey 07102*

January 2, 2024

Honorable Michael E. Farbiarz
United States District Judge
U.S. Post Office & Federal Courthouse
Newark, New Jersey 07102

         Re:    United States v. Gordon Coburn and Steven Schwartz
                   Crim. No. 19-120 (MEF)

Dear Judge Farbiarz:

     The Government writes in accordance with the Court's December 18, 2023, Order that the Government provide an update on its request to the Office of International Affairs of the Department of Justice ("OIA") as to whether it can use its Mutual Legal Assistance Treaty ("MLAT") with India to request deposition testimony that the Defendants sought through letters rogatory, in light of the Indian Government's refusal to execute the Defendants' letters rogatory and its demand that the Government send an MLAT request for those depositions. Having further conferred with OIA and having received OIA's assent, the Government has prepared an MLAT request seeking the depositions in the format that the Defendants requested through letters rogatory. The MLAT request is under review and the Government expects to transmit it to India soon.

                                                   Respectfully submitted,

GLENN S. LEON                              PHILIP R. SELLINGER
Chief                                                           United States Attorney

*/s/ Sonali D. Patel*                         */s/ Jonathan Fayer*
*/s/ Gerald M. Moody, Jr.*

_____       _____
SONALI D. PATEL                             JONATHAN FAYER
GERALD M. MOODY, JR.               Assistant U.S. Attorney
Fraud Section, Criminal Division        District of New Jersey
U.S. Department of Justice