

**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

*970 Broad Street*          *973-645-2700*
*Newark, New Jersey 07102*

January 16, 2024

Honorable Michael E. Farbiarz
United States District Judge
U.S. Post Office & Federal Courthouse
Newark, New Jersey 07102

        Re:    United States v. Gordon Coburn and Steven Schwartz
                  Crim. No. 19-120 (MEF)

Dear Judge Farbiarz:

      The Government writes to inform the Court that, on January 11, 2024, the Government transmitted a Mutual Legal Assistance Treaty ("MLAT") request to India seeking the same deposition testimony that the Defendants sought through letters rogatory. Prior to submitting the MLAT request to India, the Government discussed its general contents with the Defendants. The Government will press India to execute the MLAT request as soon as possible and update the Court and the Defendants as to any response the Government receives from India.

                                                        Respectfully submitted,

GLENN S. LEON                                 PHILIP R. SELLINGER
Chief                                                         United States Attorney

*/s/ Sonali D. Patel*                           */s/ Jonathan Fayer*
*/s/ Gerald M. Moody, Jr.*
_____     _____
SONALI D. PATEL                               JONATHAN FAYER
GERALD M. MOODY, JR.                Assistant U.S. Attorney
Fraud Section, Criminal Division        District of New Jersey
U.S. Department of Justice