

**U.S. Department of Justice**
*United States Attorney*
*District of New Jersey*

*970 Broad Street*       973-645-2700
*Newark, New Jersey 07102*

February 13, 2024

Honorable Michael E. Farbiarz
United States District Judge
U.S. Post Office & Federal Courthouse
Newark, New Jersey 07102

         Re:    <u>United States v. Gordon Coburn and Steven Schwartz</u>
                 Crim. No. 19-120 (MEF)

Dear Judge Farbiarz:

     The parties jointly submit this letter to update the Court on the status of potential stipulations relating to the Government's Motions *in Limine* No. 1 and 3, and supplemental motion *in limine*, see ECF No. 501 at 5-9, 12-14; ECF No. 580, relating to documents the Government seeks to admit pursuant to Federal Rules of Evidence 803(6) and 902(11) (collectively, the "Government's Business Records Motions"). The parties have made substantial progress in reaching stipulations that would narrow the issues that are the subject of these motions but require additional time to negotiate a final agreement. We respectfully request two additional weeks from today to provide the Court with a further update on the status of the parties' discussions concerning the Government's Business Records Motions.

Respectfully submitted,

| | |
|---|---|
| GLENN S. LEON | PHILIP R. SELLINGER |
| Chief | United States Attorney |
| | |
| */s/ Sonali D. Patel* | */s/ Jonathan Fayer* |
| _____ | _____ |
| SONALI D. PATEL | JONATHAN FAYER |
| Fraud Section, Criminal Division | Assistant U.S. Attorney |
| U.S. Department of Justice | District of New Jersey |

                **SO ORDERED.**

                _____
                Michael E. Farbiarz, U.S.D.J.
                Date: 2/15/2024