

**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

---

*970 Broad Street*  *973-645-2700*
*Newark, New Jersey 07102*

February 23, 2024

Honorable Michael E. Farbiarz
United States District Judge
U.S. Post Office & Federal Courthouse
Newark, New Jersey 07102

      Re:    United States v. Gordon Coburn and Steven Schwartz
               Crim. No. 19-120 (MEF)

Dear Judge Farbiarz:

      The Government writes in accordance with the Court's December 20, 2023, Trial Scheduling Order, regarding whether it seeks to file additional motions *in limine*. *See* ECF No. 603 at 4-5.

      At this time, the Government intends to file a motion *in limine* to exclude testimony of two experts, noticed by Defendant Schwartz on February 7, 2024, who will testify regarding visible displays of emotion, among other topics. The Government agrees that the briefing schedule proposed by Defendant Schwartz in his letter dated February 23, 2023, is appropriate. *See* ECF No. 624. In addition, the Government may file a motion *in limine* to exclude two additional experts noticed by Defendants on February 7, 2024, who will testify regarding their compensation, pending the resolution of Defendant Coburn's motion *in limine* No. 4. If the Government chooses to file such a motion *in limine*, it will propose a briefing schedule for such a motion within one day of the Court's ruling.

                                                    Respectfully submitted,

GLENN S. LEON                                    PHILIP R. SELLINGER
Chief                                                       United States Attorney

*/s/ Sonali D. Patel*                           */s/ Jonathan Fayer*

_____    _____
SONALI D. PATEL                                  JONATHAN FAYER
Fraud Section, Criminal Division            Assistant U.S. Attorney
U.S. Department of Justice                    District of New Jersey