

**U.S. Department of Justice**
*United States Attorney*
*District of New Jersey*

*970 Broad Street*     *973-645-2700*
*Newark, New Jersey 07102*

March 1, 2024

Honorable Michael E. Farbiarz
United States District Judge
U.S. Post Office & Federal Courthouse
Newark, New Jersey 07102

           Re:     United States v. Gordon Coburn and Steven Schwartz
                    Crim. No. 19-120 (MEF)

Dear Judge Farbiarz:

       The Government writes in accordance with the Court's February 28, 2024 Order to provide an update on the status of the Mutual Legal Assistance Treaty ("MLAT") request sent to Indian authorities on January 11, 2024. On February 28, 2024, the Department of Justice's Office of International Affairs ("OIA") reached out to India's Ministry of Home Affairs (the "MHA") to inquire about the status of the MLAT request. On February 29, 2024, MHA informed OIA that the MLAT request had been assigned to an "ILO" for expedited execution, and that MHA would ask for an update from the executing agency and provide it to OIA when available. On February 29, 2024, OIA again emphasized to MHA the May 6, 2024 trial date and sought date(s) from MHA for counsel to travel to conduct the depositions well before May 6. The Government will continue to press India to execute the MLAT request as soon as possible and update the Court and the Defendants as to any material response that the Government receives from Indian authorities.

                                                       Respectfully submitted,

GLENN S. LEON                               PHILIP R. SELLINGER
Chief                                                             United States Attorney

*/s/ Sonali D. Patel*                          */s/ Jonathan Fayer*
*/s/ Shy Jackson*

_____       _____
SONALI D. PATEL                                  JONATHAN FAYER
SHY JACKSON                                       Assistant U.S. Attorney
Fraud Section, Criminal Division            District of New Jersey
U.S. Department of Justice