PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

1285 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6064
TELEPHONE (212) 373-3000

BEIJING
HONG KONG
LONDON
LOS ANGELES
SAN FRANCISCO

TOKYO
TORONTO
WASHINGTON, DC
WILMINGTON

DIRECT DIAL: (212) 373-3311
EMAIL: RFINZI@PAULWEISS.COM

June 28, 2024

**Via ECF**

The Honorable Michael E. Farbiarz
United States District Judge
Lautenberg U.S. Post Office & Courthouse
Two Federal Square
Newark, New Jersey 07102

    *United States* v. *Coburn and Schwartz*, Criminal No. 19-120 (MEF)

Dear Judge Farbiarz:

  We write on behalf of Defendants Gordon Coburn and Steven Schwartz, and together with non-party Cognizant Technology Solutions Corp. ("Cognizant"), to respectfully request an adjournment of our time in which to respond to the Court's June 21, 2024 Order regarding Defendants' subpoena to Cognizant for certain Pune-related information. ECF No. 724.

  In accordance with Your Honor's Order and while reserving their respective rights, the relevant parties are involved in discussions that may obviate the need for a ruling on Defendants' proposed subpoena. We believe these discussions have been fruitful, and in order to allow them to continue, the parties respectfully request that the deadline set in the Court's June 21 Order be extended to July 10, 2024 so that the parties may continue their discussions and report back to the Court on or before that date.

              Respectfully submitted,

              */s/ Roberto Finzi*

              Roberto Finzi

cc:  All counsel of record (via ECF)

            **SO ORDERED**.

            */s/ Michael E. Farbiarz*
            Michael E. Farbiarz, U.S.D.J.
            Date: 7/1/24