UNITED STATES DISTRICT COURT
OF
NEW JERSEY- NEWARK

**OFFICE:** NEWARK                                                                                         **DATE:** 7/18/2024
**JUDGE** MICHAEL FARBIARZ
**COURT REPORTER:** JOANNE SEKELLA

**TITLE OF CASE**
UNITED STATES OF AMERICA
v.
COBURN, et al

**DOCKET NO 19-120**

**Appearances:**
Keith Edelman, AUSA
Paul Ream, AUSA
Jonathan C. Fayer, AUSA
Connor Mullin, AUSA
Rachelle Navarro, AUSA James P. Loonam, Esq. for Defendant Coburn Harry Klehm, Esq. for Defendant Coburn Lawrence Lustberg, Esq., for Defendant Schwartz Anne M. Collart, Esq, for Defendant Schwartz Roberto Finzi, Esq. for Defendant Schwartz Jeremy I. Bohrer, Esq. for Defendant Schwartz Jonathan Jason, Esq., for Defendant Schwartz Justin D. Lerer, Esq. for Defendant Schwartz Kyle Sieber, Esq., for Defendant Schwartz
John Haggerty, Esq., for Defendant Schwartz

**Nature of Proceedings:**

Status Conference on the record regarding the recent motions which were filed (d.e. 396, 722 and 746) and the request for the trial to be adjourned. Counsel waived defendants' appearances on the record.  Counsel will file their client's position on the docket with respect to the possible adjournment discussions and any STA concerns that defendants may have that were placed on the record.  Defendant Schwartz position will be filed by COB today and Defendant Coburn's position by Friday.  Further Depositions are necessary, and the Government shall provide an outline exparte letter under seal by Monday.  The Court will consider if further briefing from the defense is necessary on certain topics as discussed on the record and if an adjournment is warranted. Defendant Schwartz application to submit a 2-page letter regarding the Debevoise deposition and the 302 deposition will be submitted after the Court reviews the Governments exparte submission. Counsel will advise Chambers with an update on their projected timeline and the Court will set a telephone/status conference soon thereafter.
10:00-11:15
s/ Theresa C. Trivino,
Theresa C. Trivino Senior Courtroom Deputy to the Honorable Stanley R. Chesler
for Rosemarie Olivieri, Senior Courtroom Deputy to the Honorable Michael Farbiarz