

**U.S. Department of Justice**
*United States Attorney*
*District of New Jersey*

*970 Broad Street*      *973-645-2700*
*Newark, New Jersey 07102*

November 25, 2024

<u>VIA CM/ECF</u>

Honorable Michael E. Farbiarz
United States District Judge
U.S. Post Office & Federal Courthouse
Newark, New Jersey  07102

    Re: <u>United States v. Gordon Coburn and Steven Schwartz</u>
      Crim. No. 19-120 (MEF)

Dear Judge Farbiarz:

  Pursuant to the Court's August 2, 2024 Order, *see* ECF No. 769, the Government respectfully submits this letter to notify the defendants that earlier today, the Government submitted a letter *ex parte* and under seal describing the efforts the U.S. government has made, and will continue to make, to facilitate the execution of the Mutual Legal Assistance Treaty ("MLAT") request in this matter.

              Respectfully submitted,

GLENN S. LEON         PHILIP R. SELLINGER
Chief              United States Attorney

*/s/ Keith D. Edelman*
*/s/ Connor Mullin*        */s/ Rachelle M. Navarro*
*/s/ Paul G. Ream*

_____  _____
KEITH D. EDELMAN
CONNOR MULLIN        RACHELLE M. NAVARRO
PAUL G. REAM         Assistant United States Attorney
Fraud Section, Criminal Division    District of New Jersey
U.S. Department of Justice