

**U.S. Department of Justice**
*United States Attorney*
*District of New Jersey*

*970 Broad Street*　　　　　　　973-645-2700
*Newark, New Jersey 07102*

February 18, 2025

VIA CM/ECF

Honorable Michael E. Farbiarz
United States District Judge
U.S. Post Office & Federal Courthouse
Newark, New Jersey 07102

　　　　　Re:　United States v. Gordon Coburn and Steven Schwartz
　　　　　　　　Crim. No. 19-120 (MEF)

Dear Judge Farbiarz:

　　The Government respectfully submits this letter pursuant to the Court's February 11, 2025 order directing the "United States [to] state its position as to the upcoming trial" in light of the February 10, 2025 Executive Order ("Executive Order").

　　This case has been indicted by a duly sworn grand jury, and the Government is preparing to proceed to trial on March 3, 2025. In addition, the Government is adhering to the Executive Order and is conducting a review of all FCPA investigations and enforcement actions; this case is currently undergoing that review. The Government is aware of the upcoming trial date and has prioritized review of this matter.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

GLENN S. LEON　　　　　　　　　　　　　VIKAS KHANNA
Chief　　　　　　　　　　　　　　　　　　Acting United States Attorney

*/s/ Keith D. Edelman*
*/s/ Connor Mullin*　　　　　　　　　　　*/s/ Rachelle M. Navarro*
*/s/ Paul G. Ream*

_____　　　　_____
KEITH D. EDELMAN
CONNOR MULLIN　　　　　　　　　　　　　RACHELLE M. NAVARRO
PAUL G. REAM　　　　　　　　　　　　　　Assistant United States Attorney
Fraud Section, Criminal Division　　　District of New Jersey
U.S. Department of Justice