

**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

---

970 Broad Street                  973-645-2700
Newark, New Jersey 07102

February 19, 2025

VIA CM/ECF

Honorable Michael E. Farbiarz
United States District Judge
U.S. Post Office & Federal Courthouse
Newark, New Jersey 07102

         Re:    United States v. Gordon Coburn and Steven Schwartz
                   Crim. No. 19-120 (MEF)

Dear Judge Farbiarz:

       The Government respectfully submits this letter to notify the Defendants and the public that earlier today, pursuant to the Court's February 19, 2025 Order, the Government submitted a letter *ex parte* and under seal.

                                                     Respectfully submitted,

GLENN S. LEON                             VIKAS KHANNA
Chief                                                   Acting United States Attorney

*/s/ Keith D. Edelman*
*/s/ Connor Mullin*                            */s/ Rachelle M. Navarro*
*/s/ Paul G. Ream*

_____      _____
KEITH D. EDELMAN                     RACHELLE M. NAVARRO
CONNOR MULLIN                        Assistant United States Attorney
PAUL G. REAM                              District of New Jersey
Fraud Section, Criminal Division
U.S. Department of Justice