**Jury Questions**

\*   \*   \*

**Judge Michael E. Farbiarz**

\*   \*   \*

1. What is the name of the town or city you live in?

2. Do you live in an apartment, house, or something else?

3. What TV shows do you like to watch?

4. What is your favorite movie of all time?

5. What website do you look at most often?

6. Do you follow the news?  If so, how do you follow it?  What shows or websites or newspapers?

7. What do you like to do on the weekends?

8. How far did you get in school?

9. Did you take any vacation this past summer?  If yes, did you go away?  Where?

10. If you're employed, what is your occupation?  For example, are you a custodian or a nurse or a plumber or a teacher?

11. For how long have you worked for your current employer?

12. Does your current job require you to deal with government regulations?  What type of regulations?

13. Are you married?  If so, what is your spouse's occupation?

14. Do you have children?  If so, how many and how old are they?

15. Do you live alone or with other people?  If you live with other people, who do you live with?

16. Have you ever worked in law enforcement?  If yes, when?  And what was your job?

17. Has anyone in your family ever worked in law enforcement?  If yes, who?  And what was their job?

18. Are there any current or former lawyers in your family, including you?  Who?  What kind of law do they practice?

19. Are there any current or former military service-members in your family, including you?  Who?  What branch?

20. Has anyone in your family, including you, ever worked for the court system?  Who?  What did they do?

21. Have you ever served as on a jury?  A criminal case or a civil case?  In federal court or state court? Without saying anything about the verdict, did the jury reach a verdict?  How long did the jury deliberate for?