

**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

───────────────────────────────

970 Broad Street      973-645-2700
Newark, New Jersey 07102

March 4, 2025

<u>VIA CM/ECF</u>

Honorable Michael E. Farbiarz
United States District Judge
U.S. Post Office & Federal Courthouse
Newark, New Jersey 07102

           Re:    <u>United States v. Gordon Coburn and Steven Schwartz</u>
                  Crim. No. 19-120 (MEF)

Dear Judge Farbiarz:

     The Government respectfully submits this letter pursuant to the Court's March 4, 2025 order relating to the application of the Speedy Trial Act. *See* ECF No. 961. <u>First</u>, as of today, there are 60 days remaining on the clock under the Speedy Trial Act. *See* ECF Nos. 766 (Government's description of 10 days having run through September 9, 2024), 769 (Aug. 2, 2024 order adjourning trial and excluding time under an ends-of-justice basis until March 3, 2025), 952 (Mar. 4, 2025 order denying Defendant Schwartz's motion in limine number 2, which, as the parties agreed, had been pending through March 4, *see* 18 U.S.C. § 3161(h)(1)(D), (H)). <u>Second</u>, the Government believes that the Speedy Trial clock is currently tolled because of the pending motion before Magistrate Judge Michael A. Hammer filed on March 2, 2025. *See* ECF No. 926 at 2.

     With respect to the Court's third request, the United States will provide an update to the Court by tomorrow.

                                                     Respectfully submitted,

GLENN S. LEON                            JOHN GIORDANO
Chief                                                       United States Attorney

*/s/ Keith D. Edelman*
*/s/ Connor Mullin*                            */s/ Rachelle M. Navarro*
*/s/ Paul G. Ream*

─────────────────────────      ─────────────────────────
KEITH D. EDELMAN                    RACHELLE M. NAVARRO
CONNOR MULLIN                       Assistant United States Attorney
PAUL G. REAM                             District of New Jersey
Fraud Section, Criminal Division
U.S. Department of Justice