

**U.S. Department of Justice**
*United States Attorney*
*District of New Jersey*

*970 Broad Street*          *973-645-2700*
*Newark, New Jersey 07102*

March 7, 2025

VIA CM/ECF

Honorable Michael E. Farbiarz
United States District Judge
U.S. Post Office & Federal Courthouse
Newark, New Jersey 07102

> Re:     United States v. Gordon Coburn and Steven Schwartz
>            Crim. No. 19-120 (MEF)

Dear Judge Farbiarz:

The Government respectfully submits this letter to notify the public that earlier today, the Government submitted a letter under seal to the Court responding to the Court's order at ECF No. 976.

Respectfully submitted,

LORINDA I. LARYEA                          JOHN GIORDANO
Acting Chief                               United States Attorney

*/s/ Keith D. Edelman*
*/s/ Connor Mullin*                        */s/ Rachelle M. Navarro*
*/s/ Paul G. Ream*

_____           _____
KEITH D. EDELMAN                           RACHELLE M. NAVARRO
CONNOR MULLIN                              Assistant United States Attorney
PAUL G. REAM                               District of New Jersey
Fraud Section, Criminal Division
U.S. Department of Justice