APPENDIX B. CRIMINAL CASE APPEARANCE FORM

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA

v.

GORDON J. COBURN and
STEVEN SCHWARTZ

CRIMINAL NO. _19-120 (MEF)_

**APPEARANCE**

To the Clerk of this Court and all parties of record:

       Enter my appearance as counsel in this case for __STEVEN SCHWARTZ__

Name of Defendant

       I hereby certify under penalty of perjury that I am a member in good standing of the bar of the following Court(s) since the indicated year of admission and that I am not the subject of suspension or disbarment from any Court:

| | |
|---|---|
| District of Columbia | 2003 |
| New Hampshire | 2002 |
| New York | 2010 |
| Court of Appeals Second Circuit | 2005 |
| Court of Appeals District of Columbia Circuit | 2013 |
| District of New Hampshire | 2002 |
| Eastern District of New York | 2010 |
| Southern District of New York | 2010 |
| U.S. Supreme Court | 2014 |

**Court(s)**

Date: _March 20, 2025_

**Year(s) of Admission**

Signature of Attorney

Alexander J. Willscher
Print Name

125 Broad Street
Address

| New York | NY | 10004 |
|---|---|---|
| City | State | Zip Code |
| 212 558 4104 | | 212 291 9014 |
| Phone Number | | Fax Number |