# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, New York 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.
BRUSSELS • FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

March 21, 2025

<u>Via ECF</u>

The Honorable Michael E. Farbiarz,
   United States District Judge,
      U.S. District Court for the District of New Jersey,
         Frank R. Lautenberg U.S. Post Office & Courthouse,
           2 Federal Square,
              Newark, N.J. 07102.

        Re:    <u>United States</u> v. <u>Coburn and Schwartz</u>, No. 19-cr-00120 (MEF)

Dear Judge Farbiarz:

        At the Court's direction, we write in advance of the conference the Court is scheduling for Monday, March 24, 2025.

        Mr. Schwartz is considering and consulting with counsel regarding the announcement last night that the President has rescinded the March 14, 2025 Executive Order concerning Paul Weiss, and at the March 24 conference, we will be prepared to discuss Mr. Schwartz's views on the impact of that decision on Paul Weiss's motion to withdraw and on the trial date for this matter.

        Given what we anticipate to be the substance of the conference, Mr. Schwartz requests that March 24 conference be *ex parte* and in camera and involve the same participants as the March 20, 2025 conference.

        Respectfully submitted,

        <u>/s/ Nicolas Bourtin</u>
        Nicolas Bourtin
        Alexander J. Willscher

cc:    Counsel of Record (via ECF)