# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, New York 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.
BRUSSELS • FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

March 22, 2025

Via ECF

The Honorable Michael E. Farbiarz,
   United States District Judge,
      U.S. District Court for the District of New Jersey,
         Frank R. Lautenberg U.S. Post Office & Courthouse,
            2 Federal Square,
               Newark, N.J. 07102.

        Re:    *United States* v. *Coburn and Schwartz*, No. 19-cr-00120 (MEF)

Dear Judge Farbiarz:

      In response to the Court's March 21, 2025 order (ECF No. 1019), we write to notify the Court that the attendees at the March 24, 2025 *ex parte* and in camera conference on behalf of Mr. Schwartz will be Lawrence Lustberg and Anne M. Collart of Gibbons P.C., Jeremy Bohrer of Bohrer PLLC, and Nicolas Bourtin and Alexander Willscher of Sullivan & Cromwell LLP.

                                                            Respectfully submitted,

                                                            */s/ Nicolas Bourtin*
                                                            Nicolas Bourtin
                                                           Alexander J. Willscher

cc:    Counsel of Record (via ECF)