

**U.S. Department of Justice**
*United States Attorney*
*District of New Jersey*

---

*970 Broad Street*      *973-645-2700*
*Newark, New Jersey 07102*

April 1, 2025

VIA CM/ECF

Honorable Michael E. Farbiarz
United States District Judge
U.S. Post Office & Federal Courthouse
Newark, New Jersey 07102

      Re:   United States v. Gordon Coburn and Steven Schwartz
             Crim. No. 19-120 (MEF)

Dear Judge Farbiarz:

    After consultation with the Office of the Attorney General, the Government hereby moves to dismiss this matter pursuant to Federal Rule of Criminal Procedure 48(a). The Government's motion is based on the recent assessment of the Executive Order's application to this matter.

                                    Respectfully submitted,

                                    ALINA HABBA
                                    United States Attorney

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : Hon. Michael E. Farbiarz |
| v. | : Crim. No. 19-120 |
| GORDON COBURN, and STEVEN SCHWARTZ | : ORDER FOR DISMISSAL |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, Alina Habba, the United States Attorney for the District of New Jersey, hereby dismiss the Indictment against defendants Gordon Coburn and Steven Schwartz because further prosecution is not in the interests of the United States at this time. This dismissal is with prejudice.

ALINA HABBA
United States Attorney
District of New Jersey

Leave of Court is granted for the filing of the foregoing dismissal.

HON. MICHAEL E. FARBIARZ
United States District Judge

Dated: _____, 2025.