UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : Hon. Michael E. Farbiarz |
| v. | : Crim. No. 19-120 |
| GORDON COBURN, and STEVEN SCHWARTZ | : ORDER FOR DISMISSAL |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, Alina Habba, the United States Attorney for the District of New Jersey, hereby dismiss the Indictment against defendants Gordon Coburn and Steven Schwartz because further prosecution is not in the interests of the United States at this time. This dismissal is with prejudice.

ALINA HABBA
United States Attorney
District of New Jersey

Leave of Court is granted for the filing of the foregoing dismissal.

HON. MICHAEL E. FARBIARZ
United States District Judge

Dated: _____, 2025.