**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    v.<br><br>GORDON J. COBURN and STEVEN SCHWARTZ,<br><br>    *Defendants*. | No. 19-cr-00120 (MEF)<br><br>**ORDER** |

The United States has moved to dismiss with prejudice the case against the Defendants. See ECF 1034. The Defendants consent to the motion. See ECF 1035.

The motion is granted. See Rinaldi v. United States, 434 U.S. 22, 29 n.15 (1977); In re Richards, 213 F.3d 773, 786 (3d Cir. 2000); United States v. Pichardo, 2024 WL 244219, at *4 (D.N.J. Jan. 23, 2024); accord, e.g., United States v. B.G.G., 53 F.4th 1353, 1361 (11th Cir. 2022); United States v. Bernard, 42 F.4th 905, 909 (8th Cir. 2022).

IT IS on this 3rd day of April, 2025, so **ORDERED**.

_____
Michael E. Farbiarz, U.S.D.J.