

Lawrence S. Lustberg, Esq.
Gibbons P.C.
One Gateway Center
Newark, New Jersey 07102-5310
Direct: (973) 596-4731 Fax: (973) 639-6285
llustberg@gibbonslaw.com

April 21, 2025

**VIA ECF**

Honorable Michael E. Farbiarz
United States District Judge
Frank R. Lautenberg U.S. Post Office & Courthouse
Federal Square
Newark, New Jersey 07102

    Re:  *United States v. Coburn & Schwartz*,
          Dkt. No. 19-cr-120

Dear Judge Farbiarz:

    As Your Honor is aware, this Firm represents defendant Steven Schwartz in the above-captioned matter. I write with the consent of the Government regarding certain administrative requests following the Court's April 3, 2024 Order dismissing this case. *See* ECF No. 1036.

    Specifically, in light of the Court's Order dismissing this matter with prejudice against both defendants, ECF No. 1036, this case should now be closed. Accordingly, with the consent of the Government, Mr. Schwartz respectfully requests that this Court direct the Clerk's office to terminate this case as an active matter. In connection with that request, it should be noted that on February 15, 2019, Mr. Schwartz was required to and did execute a $250,000 unsecured appearance bond, as set forth in the order setting conditions of his release pending trial. ECF No. 10. We therefore respectfully request that the Court, as part of closing the case, additionally order that this bond be released as well. Again, the Government has no objection to this request.

    If this is acceptable to the Court, Mr. Schwartz respectfully requests that Your Honor "So-Order" this letter in the space provided below and direct its entry on the docket at the Court's convenience. Thank you for your consideration of this matter.

GIBBONS P.C.

April 21, 2025
Page 2

                              Respectfully submitted,

                              s/ Lawrence S. Lustberg
                              Lawrence S. Lustberg

**SO ORDERED:**

This \_\_\_\_ day of April, 2025

_____
Honorable Michael E. Farbiarz
United States District Judge

cc:      All Counsel (by ECF)